**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

### NOT DESIGNATED FOR PUBLICATION

Charles Cutler
Allen Correctional Center DOC No. 322866
3751 Lauderdale Woodyard Road
Kinder LA 70648

**REHEARING ACTION: February 16, 2011**

**Docket Number: 10   00690-CA**

**CHARLES CUTLER**
**VERSUS**
**CITY OF SULPHUR**

**Appealed from Calcasieu Parish Case No. 2009-162**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles Cutler** has this day been

    **DENIED.**

cc: Gregory W. Belfour, Counsel for the Appellee